siding. Heard in this court at the October term, 1920. Reversed and judgment here. Opinion filed May 16, 1921.

Rathje, Lawlor & Connor, for appellant.    No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Edward B. Forslund, appellee, v. Northwestern Electric Company, appellant. Gen. No. 26,129.

Suit to recover commissions for the sale of machinery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Edward L. England, for appellant. Musgrave, Oppenheim & Lee, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

William B. Baker, appellant, v. Eline M. Jensen et al., appellees. Gen. No. 26,241.

Suit upon an injunction bond. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

C. W. Greenfield, for appellant. Charles S. Deneen, for appellee James Peterson.

Mr. Justice McSurely delivered the opinion of the court.

---

Frank Ninberg, by May Belle Spencer, plaintiff in error, v. Kraus Brothers Loewy Company, defendant in error. Gen. No. 26,317.

Suit by a guardian for damages for personal injuries received by a boy when struck by defendant's automobile. Judgment for plaintiff for a nominal sum and plaintiff brings error. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Finn & Miller, for plaintiff in error. Gallagher, Kohlsaat & Rinaker, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Kate Smith, appellee, v. G. W. Cramer, appellant. Gen. No. 26,411.

Action on the case for slander and for assault and battery. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.

Huttmann, Cloyes & Klingler, for appellant. Anthony J. Schmidt, for appellee; Thomas J. O'Hare, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Hazelle Curtiss Ade, appellee, v. Charles Stein, appellant. Gen. No. 26,465.

Consolidated suits for personal injuries and damage to plaintiff's automobile by collision with an automobile claimed to be owned by defendant. Judgment for plaintiff. Appeal from the Superior Court

of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

H. L. Howard, for appellant. Murphy O. Tate and Abraham Lepine, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

S. W. Farnsworth, appellee, v. Mary E. Meyers and J. E. Meyers, appellants. Gen. No. 26,511.

Action for damages for breach of a contract to lease premises to plaintiff. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Warren H. Orr, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of fact. Opinion filed May 16, 1921.

Malcolm C. Harper, for appellants. Haight, Adcock, Haight & Harris, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Charles E. Bartley, appellee, v. Edward W. Andrews, appellant. Gen. No. 25,923.

Two suits for rent. Judgments by confession opened for defense under the general issue and the two suits consolidated. Judgment for plaintiff on a directed verdict. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.

Otis H. Waldo, for appellant. Joseph P. Mahoney and Hugh O'Neill, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Elizabeth Livingston, appellant, v. Boston Store of Chicago, appellee. Gen. No. 25,951.

Trespass for false imprisonment and assault. Judgment for defendant on a directed verdict. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.

Elmer J. Schnackenberg, for appellant. Moses, Rosenthal & Kennedy, for appellee; Hamilton Moses and Henry Jackson Darby, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Laurence Quirici, appellee, v. Town of Cicero, appellant. Gen. No. 25,965.

Suit for damages for personal injuries due to a defect in a street. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921. Rehearing denied June 17, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Edward J. Carmody and Sabath, Stafford & Sabath, for appellant; Edward J. Carmody and Thomas M. Zasadil, Jr., of counsel. Coburn & Bentley and Meek & McDonald, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.